AARON D. FORD
  Attorney General
JOHN C. DORAME, Bar No. 10029
  Deputy Attorney General
State of Nevada
100 N. Carson Street
Carson City, Nevada 89701-4717
Tel: (775) 684-1261
E-mail: jdorame@ag.nv.gov

*Attorneys for Interested Party*
*Nevada Department of Corrections*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| TERRENCE DAVIS,<br><br>            Plaintiff,<br><br>vs.<br><br>KLEER,<br><br>           Defendants. | Case No. 3:22-cv-00152-MMD-CLB<br><br>**ORDER GRANTING**<br><br>**MOTION TO EXTEND 90-DAY STAY** |

Interested Party, Nevada Department of Corrections, by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, and John C. Dorame, Deputy Attorney General, hereby requests this Honorable Court grant an extension of the 90-day stay of proceedings in this matter.

This motion is based upon the following memorandum of points and authorities, as well as all pleadings, documents, and exhibits on file in this matter.

**MEMORANDUM OF POINTS AND AUTHORITIES**

**I.    FACTUAL AND PROCEDURAL BACKGROUND**

This is a *pro se* prisoner civil rights action brought by Plaintiff Terrance Davis ("Davis") asserting claims pursuant to 42 U.S.C. § 1983. ECF No. 3 at 1:11-13. The Court allowed Davis to proceed with a single First Amendment claim for retaliation against Proposed Defendant Macelen Kleer ("Kleer"). ECF No. 3 at 6:15-16. In his Complaint, Davis sues for events that allegedly took place while Davis was incarcerated within the Nevada Department of Corrections ("NDOC") at Ely State Prison ("ESP"). ECF No. 3 at 3:14-16.

1

1    At the time the Court screened Davis' Complaint, the Court also put in place a 90-day stay to "allow [Plaintiff] and [Defendant] an opportunity to settle their dispute before the $350.00 filing fee is paid, and answer is filed, or the discovery process begins." ECF No. 3 at 6:22-24. The Screening Order also directed the Office of the Attorney General ("OAG") to file a report ninety days after the screening order to indicate the status of the case at the end of the stay. ECF No. 3 at 7:1-4. The OAG has submitted its report, informing the Court that after a mediation on October 11, 2022, the Parties were able to reach a successful settlement agreement. ECF No. 9.

The OAG prepared the settlement agreement, and it has been circulated and executed by the respective parties. The fully executed agreement is now in the possession of NDOC officials and pursuant to the same, the NDOC has thirty (30) days to comply with the agreement. The agreement also requires the OAG to file a stipulation to dismiss the matter within seven (7) days of NDOC's compliance with the agreement. As such, the OAG intends to submit a stipulation to dismiss this matter on or before November 17, 2022.

## II.    LEGAL ARGUMENT

Federal Rule of Civil Procedure 6(b)(1) governs extensions of time and provides as follows:

> When an act may or must be done within a specified time, the court may, for good cause, extend the time: (A) with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires; or (B) on motion made after the time has expired if the party failed to act because of excusable neglect.

The OAG submits this motion—as directed—contemporaneously with the 90-day stay report. The OAG's request will not hinder or prejudice Lumpkin's case as the matter has been settled and the OAG is requesting only a short extension up to and including November 17, 2022.

/ / /

/ / /

/ / /

**III.    CONCLUSION**

Good cause exists to extend the ninety (90) day stay in this matter and Interested Party, Nevada Department of Corrections, respectfully requests the Court extend the stay up to and including November 17, 2022.

DATED this 17th day of October 2022.

>                             AARON D. FORD
>                             Attorney General
>
>                             By:  _____
>                                  JOHN C. DORAME, Bar No. 10029
>                                  Deputy Attorney General
>
>                             *Attorneys for Interested Party*
>                             *Nevada Department of Corrections*

**IT IS ORDERED.**

Date this 17th day of October, 2022.

_____
United States Magistrate Judge