1  AARON D. FORD
    Attorney General
2  JOHN C. DORAME, Bar No. 10029
    Deputy Attorney General
3  State of Nevada
   100 N. Carson Street
4  Carson City, Nevada 89701-4717
   Tel: (775) 684-1261
5  E-mail: jdorame@ag.nv.gov

6  *Attorneys for Defendant*

7

8                  UNITED STATES DISTRICT COURT

9                       DISTRICT OF NEVADA

10  TERRENCE DAVIS,                          Case No.  3:22-cv-00152-MMD-CLB

11                 Plaintiff,

12  vs.                                      **STIPULATION AND ORDER FOR
                                             DISMISSAL WITH PREJUDICE**
13  KLEER,

14                 Defendants.

15        IT IS HEREBY STIPULATED and agreed by and between Plaintiff, Terrence

16  Davis, *pro se*, and Defendant Macelen Kleer, by and through counsel, Nevada Attorney

17  General, Aaron D. Ford, and Deputy Attorney General, John C. Dorame, that pursuant to

18  Federal Rule of Civil Procedure 41(a)(1), that this action should be dismissed in its

19  entirety with prejudice by order of this Court.

20  / / /

21  / / /

22  / / /

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

    / / /

                                    1

1    This Stipulation for Dismissal with Prejudice is executed as part of an out-of-court

2    settlement between the parties.   Pursuant to the terms of the parties' settlement

3    agreement, each party hereto shall bear its own attorney's fees and costs.

4    DATED   10/11/2022                                    DATED      12/27/2022

5                                                         AARON D. FORD

6                                                         Attorney General

7

8    By: _Terrence Davis_____      By: _____

9    TERRENCE DAVIS (#11015060)                           John C. DORAME
     Plaintiff, Pro Se                                    Deputy Attorney General

10                                                        *Attorneys for Defendant*

11

12                                                   IT IS SO ORDERED.

13

14                                                   _____
                                                     U.S. DISTRICT JUDGE

15                                                   DATED ___December 27, 2022_____

16

17

18

19

20

21

22

23

24

25

26

27

28

2

**CERTIFICATE OF SERVICE**

I certify that I am an employee of the State of Nevada, Office of the Attorney General, and that on December 27, 2022, I electronically filed the foregoing, **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**, via this Court's electronic filing system. Parties that are registered with this Court's electronic filing system will be served electronically. For those parties not registered, service was made by depositing a copy for mailing in the United States Mail, first-class postage prepaid, at Carson City, Nevada, addressed to the following:

Terrence Davis #1101506
Care of ESP Law Librarian
P.O. Box 1989
Ely, NV 89301
ESP_LawLibrary@doc.nv.gov

_____
An employee of the
Office of the Attorney General